UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SPARKANYON MARQUAN HARPER, | Civil No. 25-2405 (JRT/DTS) |
| Plaintiff, | |
| v. | ORDER |
| JESSICA PETES, | |
| Defendant. | |

---

Sparkanyon Marquan Harper, St. Louis County Jail, 4334 Haines Road, Duluth, MN 55811, *pro se* plaintiff.

The Report and Recommendation of United States Magistrate Judge David T. Schultz ws filed August 6, 2025. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Plaintiff Sparkanyon Marquan Harper's civil complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**—the federal law causes of action for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1), and the state law causes of action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

2. Plaintiff's IFP Application, ECF No. 2, is **DENIED** as **MOOT**.

3. Plaintiff's Motion to Appoint Counsel, Motion for Temporary Restraining Order, ECF No. 4, is **DENIED** as **MOOT**.

4. Plaintiff must pay the unpaid balance $350.00 of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where he is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: September 29, 2025 at
Minneapolis, Minnesota

    s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge